FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 27 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TERRENCE THOMAS, ) <br> ) <br> Defendant. ) <br> ) | 2:08-cr-283-RCJ-RJJ <br><br> **ORDER** |

The Federal Public Defender declined the appointment to represent Terrence Thomas regarding his "Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense" pursuant to 18 USC §3582 (#629) based on conflict. Therefore;

IT IS HEREBY ORDERED that Shawn Perez is appointed as counsel for Terrence Thomas in place of the Federal Public Defender for all future proceedings regarding the "Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense." (#629)

DATED this 24 day of February, 2012.

Nunc Pro Tunc Date: February 24, 2012

_____
ROBERT C. JONES
United States District Judge